**Order filed July 5, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-15-00986-CR

————————

**BRETTON JAMES FOX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 10th District Court
Galveston County, Texas
Trial Court Cause No. 14CR0687

# ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibit 4 and State's Exhibit 6.

The exhibit clerk of the 10th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 4 and State's Exhibit 6, on or before July 15, 2016. The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 4 and State's Exhibit 6, to the clerk of the 10th District Court.

PER CURIAM